**99–1197. Anderson v. Alger.**

Hardin App. No. 6–98–10. Reported at 86 Ohio St.3d 1493, 716 N.E.2d 723. On motion for reconsideration. Motion denied.

Moyer, C.J., dissents.

**99–1354. State ex rel. Sevayega v. Pace.**

In Mandamus. Reported at 86 Ohio St.3d 1487, 716 N.E.2d 719. On motion for reconsideration. Motion denied.